IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINETTE MORRISON** | : | CIVIL ACTION NO. 1:15-cv-1683 |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Saporito) |
| v. | : | |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| Commissioner of | : | |
| Social Security | : | |
| Defendant | : | |

## O R D E R

Before the Court in the above captioned action is the April 15, 2016 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

Accordingly, this 4th day of May 2016, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation (Doc. No. 15) of Magistrate Judge Saporito.

2) The action is **DISMISSED WITHOUT PREJUDICE** on the basis of Plaintiff's failure to comply with the Court's August 31, 2015, February 11, 2016, and March 15, 2016 Orders.

3) The case is **DISMISSED WITHOUT PREJUDICE** on the basis of her failure to prosecute her action.

3) The Clerk of Court shall close the case.

*s/ Yvette Kane*
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania